JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCE-AKMED ALI,<br><br>        Plaintiff,<br><br>        v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA DEPARTMENT OF PUBLIC SAFETY,<br><br>        Defendant. | Case No. CV 11-01136 DMG (PJWx)<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Granting Defendant's Motion for Summary Judgment, entered concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant and against Plaintiff, who shall take nothing.

**IT IS SO ORDERED**.

DATED: September 1, 2011

                                                DOLLY M. GEE<br>                                    UNITED STATES DISTRICT JUDGE