JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCE-AKMED ALI, | Case No. CV 11-01136 DMG (PJWx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| UNIVERSITY OF SOUTHERN CALIFORNIA DEPARTMENT OF PUBLIC SAFETY, | |
| Defendant. | |

Pursuant to the Court's Order Granting Defendant's Motion for Summary Judgment, entered concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant and against Plaintiff, who shall take nothing.

**IT IS SO ORDERED**.

DATED:      September 1, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-